FILED
NOV 30 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEPHANIE WATKINS TYELR

    Plaintiff,

V,

PROTECTIVE LIFE INSURANCE CO. AND
ZURICH LIFE INSURANCE CO.,

    Defendant (s).

Case No. 1:23-cv-14871

Honorable Harry D. Leinenweber

### NOTICE OF RESPONSE

ON _____ at _____ am / pm or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Harry D. Leinenweber** or any judge sitting in that judge's stead and presenting Plaintiff's Notice of Response to Defendant Motion to Dismiss Plaintiff complaint and motion to Strike current dismissal.
:

**PLAINTIFF STEPHANIE WATKINS TYLER'S MOTION TO STRIKE DISMISSAL IN RESPONSE TO PROTECTIVE LIFE ARGUMENT OF POLICY BEING PASS THE STATUE OF LIMITATION. PLAINTIFF FURTHER ARGUES THAT THE INSURANCE POLICY HAD BEEN IN FORCE FOR OVER TWO YEARS PRIOR TO CLARENCE JACKSON'S DEATH. AND IN THE POLICY READING THERE IS NO MENTION OF A STATUE OF LIMITATION AFTER DEATH OR ON THE NOTICE THAT THE INSURED HAS PASSED AWAY.**

## Request for Relief

Wherefore, Plaintiff prays for the relief of double payment of the face value of insurance policy of $250,000. The insured was killed on the streets of Chicago and to this date policy has not been paid. Further, there is not Statue of Limitation for this Life Insurance Policy in which the insurer claimed the policy didn't even exist.

The allegations in this complaint are true.

Stephanie Watkins Tyler  Date: Nov 30, 2023
2730 S. State Street Apt 406
Chicago, Illinois 60616
312-532-3053
steptyler22@gmail.com