

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



FILED

*eV* AUG 1 9 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STEPHANIE WATKINS TYELR, Trustee
ZELDA JACKSON TRUST

        Plaintiff,

                                      Case No. 1:23-cv-14871

V,

                                        Honorable John Robert Blakery

PROTECTIVE LIFE INSURANCE CO. AND
ZURICH LIFE INSURANCE CO.,

        Defendant (s).

## NOTICE OF MOTION

ON _Aug 21_ at _11_ am / pm or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John Robert Blakery** or any judge sitting in that judge's stead  and presenting Plaintiff's Motion to Vacate the Dismissal Order. On **August 19, 2024,**  Plaintiff Stephanie Watkins Tyler filed in the In The United States District Court for The Northern District of Illinois Eastern Division.

## PLAINTIFF STEPHANIE WATKINS TYLER'S MOTION TO VACATE THE DISMISSAL ORDER  PURSUANT TO FEDERAL RULE 60(b)